ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Weil Construction, Inc.                              )   ASBCA No. 62742
                                                     )
Under Contract No. W9126G-18-C-0131                  )

APPEARANCE FOR THE APPELLANT:        Elizabeth H. Connally, Esq.
                                       Connally Law, PLLC
                                       San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                       Engineer Chief Trial Attorney
                                     Jeanelle S. Patel, Esq.
                                       Engineer Trial Attorney
                                       U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

For reasons indicated by the parties, the Board is unable to proceed with disposition of this appeal at this time due to factors not within the control of the Board. Accordingly, this appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: January 12, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62742, Appeal of Weil Construction, Inc., rendered in conformance with the Board's Charter.

Dated: January 12, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals